```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08396
   ALEXANDER BIGERO
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6912


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/07/2008 and was confirmed 08/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/28/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED VEHIC    9071.00           74.72         625.28
WELLS FARGO AUTO FINANCE  UNSECURED          13.49             .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS     14643.27             .00            .00
KAREN A FREEMAN           NOTICE ONLY     NOT FILED            .00            .00
CLC                       UNSECURED       46025.42             .00            .00
PREMIER BANKCARD          UNSECURED         440.01             .00            .00
PREMIER BANKCARD          UNSECURED         267.85             .00            .00
ECAST SETTLEMENT CORP     UNSECURED         996.85             .00            .00
SALLIE MAE INC            UNSECURED       26690.59             .00            .00
SALLIE MAE                UNSECURED       NOT FILED            .00            .00
SALLIE MAE                UNSECURED       NOT FILED            .00            .00
SALLIE MAE                UNSECURED       NOT FILED            .00            .00
SALLIE MAE                UNSECURED       NOT FILED            .00            .00
SALLIE MAE                UNSECURED       NOT FILED            .00            .00
SALLIE MAE                UNSECURED       NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG  UNSECURED       NOT FILED            .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED        4986.07             .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED        1420.64             .00            .00
LARRIEACE ROLLINS         NOTICE ONLY     NOT FILED            .00            .00
ECMC                      UNSECURED       46184.30             .00            .00
KAREN A FREEMAN           NOTICE ONLY     NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,464.00                       2,156.95
TOM VAUGHN                TRUSTEE                                           243.05
DEBTOR REFUND             REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   3,100.00

PRIORITY                                          .00

              PAGE   1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 08396 ALEXANDER BIGERO
```

```
SECURED                                                             625.28
    INTEREST                                                         74.72
UNSECURED                                                              .00
ADMINISTRATIVE                                                    2,156.95
TRUSTEE COMPENSATION                                                243.05
DEBTOR REFUND                                                          .00
                                    ---------------     ---------------
TOTALS                                     3,100.00            3,100.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```